**Editte D. Lerman** (SB#241471)
LAW OFFICE OF E D LERMAN
280 North Oak Street
Ukiah, CA 95482
Tel: (707) 468-8300
Fax:(707) 937-2209

Attorney for Plaintiff
SCOTT DEPREE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DEPREE, | Case No.: 2:22-cv-01462-TLN-DMC |
| Plaintiff, | **JOINT STIPULATION TO ENLARGE TIME FOR PLAINTIFF, SCOTT DEPREE, TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS (LOCAL RULE 6-1); ORDER** |
| v. | |
| JERRY A. JUNGWIRTH II, SERGEANT RICHARD KNOX, DETECTIVE ERIC PATTERSON, COUNTY OF TEHAMA, TEHAMA COUNTY SHERIFF'S OFFICE, TEHAMA COUNTY CODE ENFORCEMENT, TEHAMA COUNTY DEPARTMENT OF PLANNING, AND TEHAMA COUNTY DEPARTMENT OF BUILDING AND SAFETY, and DOES 1-50 | Complaint Filed: 10/11/2022 |
| Defendants. | |

Plaintiff, SCOTT DEPREE, and Defendant, County of Tehama (also erroneously sued as TEHAMA COUNTY SHERIFF'S OFFICE, TEHAMA COUNTY CODE ENFORCEMENT, TEHAMA COUNTY DEPARTMENT OF PLANNING, and TEHAMA COUNTY DEPARTMENT OF BUILDING AND SAFETY ("Defendant") hereby stipulate and agree that Plaintiff may have until December 26, 2022 to file a response to Defendants' Motion to Dismiss (Document 7) in this matter.  The parties also agree Defendants may file a reply by January 5, 2022.

1
**JOINT STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS; ORDER**

This stipulation is filed pursuant to Local Rule 6-1, which allows the parties to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order.

Date: December 12, 2022				LAW OFFICE OF E D LERMAN


						By  /s/ Editte D. Lerman
						    Editte D. Lerman
						    Attorney for Plaintiff


Date: December 12, 2022				PORTER | SCOTT
						A PROFESSIONAL CORPORATION


						By  /s/ David R. Norton
						    David R. Norton
						    Larissa C. Celaya
						    Attorneys for Defendants


   IT IS SO ORDERED.

   Dated: December 13, 2022			_____
						Troy L. Nunley
						United States District Judge

**JOINT STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS; ORDER**