**Editte D. Lerman** (SB#241471)
LAW OFFICE OF E D LERMAN
280 North Oak Street
Ukiah, CA 95482
Tel: (707) 468-8300
Fax:(707) 937-2209

Attorney for Plaintiff
SCOTT DEPREE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DEPREE, | Case No.: 2:22-cv-01462-TLN-DMC |
| Plaintiff, | **JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER** |
| v. | |
| JERRY A. JUNGWIRTH II, SERGEANT RICHARD KNOX, DETECTIVE ERIC PATTERSON, COUNTY OF TEHAMA, TEHAMA COUNTY SHERIFF'S OFFICE, TEHAMA COUNTY CODE ENFORCEMENT, TEHAMA COUNTY DEPARTMENT OF PLANNING, AND TEHAMA COUNTY DEPARTMENT OF BUILDING AND SAFETY, and DOES 1-50 | Complaint Filed: 10/11/2022 |
| Defendants. / | |

NOTICE OF SETTLEMENT

Plaintiff, SCOTT DEPREE, and Defendant, County of Tehama (also erroneously sued as TEHAMA COUNTY SHERIFF'S OFFICE, TEHAMA COUNTY CODE ENFORCEMENT, TEHAMA COUNTY DEPARTMENT OF PLANNING, and TEHAMA COUNTY DEPARTMENT OF BUILDING AND SAFETY (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case at least 120-days in order to

allow Defendants to fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties on or around November 16th, 2025. Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within ten business after said completion, Plaintiff will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

Respectfully Submitted,

Date: October 17, 2025         LAW OFFICE OF E D LERMAN


By  /s/ Editte D. Lerman
    Editte D. Lerman
    Attorney for Plaintiff



Date: October 17, 2025         PORTER | SCOTT
                               A PROFESSIONAL CORPORATION


By  /s/ David R. Norton
    David R. Norton
    Larissa C. Celaya
    Attorneys for Defendants

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for one hundred and twenty days (120 days) time to allow for Defendant to fulfill its duties under the settlement agreement.

IT IS SO ORDERED

Dated: October 17, 2025

_____
Troy L. Nunley
Chief United States District Judge